18369. SPELL *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial is based on the general grounds only. We can not say that there is no evidence to support the verdict; and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 16, 1927.

Possessing intoxicating liquor; from city court of Alma—Judge Tuten. March 1, 1927.

*Homer L. Causey,* for plaintiff in error.

*H. L. Williams, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 1218, n. 46, 47.
Intoxicating Liquors, 33 C. J. p. 761, n. 53.